Form 211

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
601 W. 4th St., Suite 100
Winston−Salem, NC 27101

Bankruptcy Case No.: 23−50440

IN THE MATTER OF:
Byron Lee Smith     xxx−xx−1655
130 Hartford Lane
Mocksville, NC 27028

    Debtor(s)

## FINAL DECREE

  **IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

  **ORDERED** that Brandi Richardson , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

  **ORDERED** that the above−named case be, and hereby is, closed.

Dated: 8/19/25

*Lena Mansori James*
LENA MANSORI JAMES
United States Bankruptcy Judge